UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| -vs- | **JUDGMENT IN A CRIMINAL CASE**<br>**Case No. 8:22-PO-273 (TWD)** |
| **CHRISTIAN ESPINOSA-AGUILAR** | |
| | <u>GABRIELLE DIBELLA</u> |
| Defendant. | **Attorney for Defendant** |

**THE DEFENDANT ENTERED A PLEA OF:**

<u>**XX**</u>     Guilty as to Count 1 of the Information

**THE DEFENDANT IS CONVICTED OF THE OFFENSE OF**: Improper Entry by Alien, in violation of Title 8, United States Code, § 1325(a)(2).

**DATE OFFENSE CONCLUDED**: October 2, 2022.

**IT IS THE JUDGMENT OF THIS COURT THAT**: Defendant is sentenced to a term of imprisonment of: TIME SERVED.  No fine is imposed.  Special Assessment remitted.

<u>October 18, 2022</u>
Date of Imposition of Sentence


<u>October 18, 2022</u>                                          _____
Date Signed                                                            Therese Wiley Dancks
                                                                               United States Magistrate Judge